## Milo Speck v. Peter Verble.

1. RULES—*Are to be Complied With.*—When the appellee fails to file his brief as required by the rules of this court the judgment will be reversed.

Trespass, to growing crops. Appeal from the Circuit Court of Union County; the Hon. JOSEPH P. ROBARTS, Judge, presiding. Heard in this court at the February term, 1901. Reversed under rule 29.* Opinion filed March 11, 1901.

HILEMAN & SESSIONS, attorneys for appellant.

No appearance by appellee.

PER CURIAM.

This is a suit to recover damages for a small amount for injury to grain by cattle trespassing. Appellee having filed no brief, the judgment is reversed under rule 29.

Judgment reversed.